

IN THE
TENTH COURT OF APPEALS

No. 10-16-00226-CR

MARTIN K. EDWARDS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 52nd District Court
Coryell County, Texas
Trial Court No. 15-23103

MEMORANDUM OPINION

Upon his open plea of guilty, the trial court convicted Martin K. Edwards of the offense of online solicitation of a minor. TEX. PENAL CODE ANN. 33.021(c) (West 2016). The trial court assessed punishment at 7 years confinement. We affirm.

Edwards's retained counsel adopted an *Anders* brief filed by Edwards's former appointed attorney. The *Anders* brief filed stated that counsel has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*,

386 U.S. 738 (1967). Counsel informed Edwards of his right to submit a brief on his own behalf. Edwards did not file a brief. Counsel's brief evidences a professional evaluation of the record for error, and we conclude that counsel performed the duties required of counsel. *See Anders v. California*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); s*ee also In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *See Anders v. California*, 386 U.S. at; accord *Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10 (1988). After a review of the entire record in this appeal, we determine the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgment.

Counsel's request that he be allowed to withdraw from representation of Edwards is granted. Additionally, counsel must send Edwards a copy of our decision, notify Edwards of his right to file a pro se petition for discretionary review, and send this Court a letter certifying counsel's compliance with Texas Rule of Appellate Procedure 48.4. TEX.R.APP.P. 48.4; *see also In re Schulman*, 252 S.W.3d at 409 n.22.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Affirmed; motion granted
Opinion delivered and filed April 19, 2017
Do not publish
[CR25]

